USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CRISTIAN SANCHEZ, INDIVIDUALLY, AND ON
BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

                                       Plaintiffs,

    -against-

BELSON OUTDOORS, LLC,

                                       Defendant.
-----------------------------------------------------------------X

Civil Action No.:
**22-cv-04425-AT**

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Hauppauge, New York
       ~~August 18, 2022~~
       September 2,

| SIMMONS JANNACE DELUCA, LLP | MIZRAHI KROUB, L.L.P. |
|---|---|
| By: _____ | By: _____ |
| Daniel P. Borbet | By: Edward Y. Kroub |
| Attorney for Defendant | Attorneys for Plaintiff |
| **Office & P.O. Address:** | **Office & P.O. Address:** |
| 43 Corporate Drive | 200 Vesey Street, 24th Floor |
| Hauppauge, New York 11788 | New York, New York 10281 |
| 631-873-4888 | (212) 595-6200 |

SO ORDERED.

Dated: September 6, 2022
       New York, New York

                                                     ANALISA TORRES
                                              United States District Judge